FILED

02/28/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0433

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0433

_____

IN RE THE PARENTING OF;

A.M.O.,

    Minor Child.

AVANLEE CHRISTINA OKRAGLY,

       Petitioner and Appellee,

  and

SEBASTIAN ALEXANDER KEITEL,

       Respondent and Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Frederick J. Keitel, III, to all counsel of record, and to the Honorable Donald L. Harris, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 28 2024